# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| CATHY BROXTERMAN | § | |
| | § | |
| V. | § | CASE NO. 4:14-CV-661 |
| | § | Judge Mazzant |
| STATE FARM LLOYDS | § | |

## JUDGMENT ON JURY VERDICT

This action came on for trial before the Court and a jury, the undersigned presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

It is **ORDERED** and **ADJUDGED** that Plaintiff Cathy Broxterman take nothing on all claims asserted against Defendant State Farm Lloyds, and Plaintiff's case is hereby **DISMISSED** with prejudice.

It is further **ORDERED** that all relief not previously granted is hereby **DENIED.**

**IT IS SO ORDERED.**
 **SIGNED this 24th day of March, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

1